# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| DANIEL SCOTT GENTRY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:14-cv-1278-KOB-TMP |
| SERGEANT ENGLISH, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on July 5, 2016, recommending the defendants' motion for summary judgment (doc. 37) be granted and the claims against them dismissed with prejudice. (Doc. 43). The plaintiff filed no objections.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation. Accordingly, the court finds no genuine issues of material fact and that the defendants are entitled to summary judgment as a matter of law. The court finds that the defendants' motion for summary judgment (doc. 37) is due to be granted.

---

[1] The magistrate judge's report indicates that, although the plaintiff was originally housed in the Kilby Correctional Facility, the ADOC had moved the plaintiff to the Bullock Correctional Facility in Union Springs, Alabama. (Doc. 43 at 5 fn 2). On July 5, 2016, the Clerk mailed a copy of the report and recommendation (doc. 43) to the plaintiff at his Bullock Correctional Facility address. On July 7, 2016, the court received notice from the plaintiff that his address changed to the Donaldson Correctional Facility (doc. 44), and the Clerk mailed another copy of the report and recommendation to the plaintiff at that address on July 8, 2016.

The court will enter a separate Final Judgment.

DONE and ORDERED this 25th day of August, 2016.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE